IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KATHERINE E. MEYER,** | ) | |
| | ) | 8:08CV231 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **SHEA DEGAN, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte.* On August 8, 2008, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 23. No such report has been filed.

Accordingly,

**IT IS ORDERED:**

The parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) **on or before October 10, 2008 or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

DATED this 29th day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge