IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHERINE E. MEYER, | ) | 8:08CV 231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SHEA DEGAN, DANIEL P. CONWAY, | ) | |
| JOHN DOE I, JOHN DOE II, JOHN | ) | |
| DOE III, JOHN DOE IV, EUGENE J. | ) | |
| GRAVES, JR. and DANIEL GRAVES, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion to Extend Time for Plaintiff to Respond to Defendants' Motion to Dismiss (Filing #33) and the Stipulation of the parties agreeing to the entry of an Order granting Plaintiff an extension of time of fourteen (14) days to file a response to the Motion Dismiss filed by Defendants Shea Degan, Daniel P. Conway, et al., (Filing #30) from the present due date of October 8, 2008 to and including October 22, 2008.

IT IS THEREFORE ORDERED that Plaintiff is hereby granted an extension of time of fourteen (14) days to file a response to the Motion Dismiss filed by Defendants Shea Degan, Daniel P. Conway, et al., (Filing #30) from the present due date of October 8, 2008 to and including October 22, 2008.

DATED this 2nd day of October, 2008.

BY THE COURT:

_____
United States District Court Judge