IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHERINE E. MEYER, | ) | 8:08CV 231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SHEA DEGAN, DANIEL P. CONWAY, | ) | |
| JOHN DOE I, JOHN DOE II, JOHN | ) | |
| DOE III, JOHN DOE IV, EUGENE J. | ) | |
| GRAVES, JR. and DANIEL GRAVES, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Plaintiff's Motion (Filing #65) to Extend Time for Plaintiff to Respond to the Motion for Rule 11 Sanctions filed by Defendants Eugene J. Graves, Jr. and Daniel Graves (Filing #57) and the Stipulation of the parties agreeing to the entry of an Order granting Plaintiff an extension of time to respond to said motion from the current due date of March 27, 2009, to and including April 6, 2009.

IT IS THEREFORE ORDERED that Plaintiff is hereby granted an extension of time to file a response to the Motion for Rule 11 Sanctions filed by Defendants Eugene J. Graves, Jr. and Daniel Graves (Filing #57) and the Stipulation of the parties agreeing to the entry of an Order granting Plaintiff an extension of time to respond to said motion from the current due date of March 27, 2009, to and including April 6, 2009.

DATED this 24th day of March, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge