IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHERINE E. MEYER, | ) | 8:08CV 231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SHEA DEGAN, DANIEL P. CONWAY, | ) | |
| JOHN DOE I, JOHN DOE II, JOHN | ) | |
| DOE III, JOHN DOE IV, EUGENE J. | ) | |
| GRAVES, JR. and DANIEL GRAVES, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Plaintiff's Motion (Filing #64) to Extend Time for Plaintiff to Respond to the Motion for Summary Judgment filed by Defendants Shea Degan, Daniel P. Conway and John Does I through IV (Filing #45) and the Motion for Summary Judgment filed by Defendants Eugene J. Graves, Jr. and Daniel Graves (Filing #53) and the Stipulation of the parties agreeing to the entry of an Order granting Plaintiff an extension of time to respond to both of said motions from the current due dates of April 6, 2009 and April 1, 2009, respectively, to and including April 13, 2009.

IT IS THEREFORE ORDERED that Plaintiff is hereby granted an extension of time to file a response to the Motion for Summary Judgment filed by Defendants Shea Degan, Daniel P. Conway and John Does I through IV (Filing #45) and the Motion for Summary Judgment filed by Defendants Eugene J. Graves, Jr. and Daniel Graves (Filing #53) from the current due dates of April 6, 2009 and April 1, 2009, respectively, to and including April 13, 2009.

DATED this 23rd day of March, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge