IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHERINE E. MEYER, | ) | 8:08CV 231 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SHEA DEGAN, DANIEL P. CONWAY, | ) | |
| JOHN DOE I, JOHN DOE II, JOHN | ) | |
| DOE III, JOHN DOE IV, EUGENE J. | ) | |
| GRAVES, JR. and DANIEL GRAVES, | ) | |
| | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on the Plaintiff's Motion (Filing #93) to Extend Time for Plaintiff to Respond to the Motion for Summary Judgment filed by Defendants Shea Degan and, Daniel P. Conway (Filing #90) and the Stipulation of the parties agreeing to the entry of an Order granting Plaintiff an extension of time to respond to both of said motions from the current due date of July 24, 2009 to and including August 17, 2009.

IT IS THEREFORE ORDERED that Plaintiff is hereby granted an extension of time to file a response to the Motion for Summary Judgment filed by Defendants Shea Degan and Daniel P. Conway (Filing #90) and from the current due date of July 24, 2009 to and including August 17, 2009.

DATED this 22nd day of July, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge