# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHERINE E. MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV231 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SHEA DEGAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants', Shea Degan, Daniel P. Conway, and the unnamed defendants, Motion for Extension (Filing No. 106). These defendants seek to extend the deadlines for completion of depositions and filing motions in limine to October 30, 2009. The moving defendants state the other parties have no objection to the extension. However, the pretrial conference is currently scheduled for October 16, 2009, and will need to be continued to a later date to accommodate the requested extensions. The trial will remain scheduled for November 16, 2009. Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion for Extension (Filing No. 106) is granted.

2. The parties shall have to **on or before October 30, 2009**, to complete depositions and file motions in limine.

3. The Final Pretrial Conference with the undersigned magistrate judge is continued to **November 4, 2009, at 10:00 a.m.** in chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 11th day of September, 2009.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge