IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATHERINE MEYER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:08CV231 |
| vs. ) | |
| ) | ORDER |
| SHEA DEGAN, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the plaintiff's unopposed motion to continue the trial date (Filing No. 131). Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motion to continue the trial date (Filing No. 131) is granted as set forth below.

2. Trial of this matter will commence **at 8:30 a.m.** on **February 1, 2010** before the undersigned magistrate judge and a jury in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 23rd day of November, 2009

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge