IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KATHERINE E. MEYER,** | ) | 8:08CV231 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **SHEA DEGAN, DANIEL P. CONWAY,** | ) | |
| **EUGENE J. GRAVES, JR. and** | ) | |
| **DANIEL GRAVES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the Joint Stipulation for Dismissal With Prejudice (Filing No. 175) filed by the parties in the above-entitled matter, with each party to bear their own fees and costs. The court being fully advised in the premises, finds that this matter should be dismissed with prejudice.

**IT IS ORDERED**:

The Joint Stipulation for Dismissal With Prejudice (Filing No. 175) is adopted. This matter is hereby dismissed with prejudice, and each party shall bear their own fees and costs.

DATED this 12th day of February, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge